**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

MARK MAHON,

    Plaintiff,

-vs-                                    CASE NO.: 8:17-CV-01962-SDM-AEP

CAPITAL ONE BANK (USA), NATIONAL ASSOCIATION,

    Defendant.
_____/

## NOTICE OF PENDING SETTLEMENT

    Plaintiff, MARK MAHON, by and through his undersigned counsel, hereby notifies the Court that the parties, Plaintiff, MARK MAHON, and Defendant, CAPITAL ONE BANK (USA), NATIONAL ASSOCIATION, have reached a settlement with regard to this case, and are presently drafting, and finalizing the settlement agreement, and general release documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

    */s/ Shaughn C. Hill*
SHAUGHN C. HILL, ESQUIRE
Florida Bar No. 0105998
MORGAN & MORGAN, TAMPA, P.A.
One Tampa City Center
201 N. Franklin Street, Suite 700
Tampa, FL 33602
Telephone: (813) 223-5505
Facsimile: (813) 223-5402
Primary Email: SHill@ForThePeople.com
Secondary: LCrouch@ForThePeople.com
*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 22ND day of February, 2018, the foregoing document was filed electronically in accordance with the Court's guidelines, using the Court's CM/ECF system; and, a copy of which was served via electronic mail to all parties.

*/s/ Shaughn C. Hill*
SHAUGHN C. HILL, ESQUIRE
Florida Bar#: 0338620
MORGAN & MORGAN, TAMPA, P.A.
One Tampa City Center
201 N. Franklin St., Suite 700
Tampa, FL 33602
Telephone: (813) 223-5505
Facsimile:  (813) 223-5402
Email:  shill@forthepeople.com
Secondary: lcrouch@forthepeople.com
*Attorney for Plaintiff*